IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GABRIEL NUNEZ, | * |
| Petitioner, | * |
| v. | Case No.  5:25-cv-00380-TES-CHW |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 16, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 16th day of December, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk